**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 8, 2015**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : Case No. 09-60954 |
| Glen E. Chevalier, | : Chapter 7 |
| | : Judge John E. Hoffman, Jr. |
| Debtor. | : |

**ORDER GRANTING MOTION TO APPROVE PARTIAL DISTRIBUTION (DOC. 38)**

Thomas McK. Hazlett, Trustee in this matter, having filed a motion to approve a partial distribution (Doc. No. 38) and, having received no response, it is hereby ordered that trustee's proposed distribution of an interim distribution of funds from this bankruptcy estate payable to the Ohio Department of Taxation in the amount of $15,000.00 is approved.

**IT IS SO ORDERED.**

Copies to:
Default List

###